IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLONDEL TCHOUPOU KENNE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No.  13-6007 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 25th day of July, 2014, upon consideration of Plaintiff's Request for Appointment of Attorney (Doc. No. 2), and the Affidavit of Blondel Tchoupou Kenne (Doc. No. 10), it is hereby **ORDERED** that the Request is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Response to Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 8) on or before August 25, 2014.  If Plaintiff fails to file a response by August 25, 2014, Defendant's Motion to Dismiss will be granted as uncontested, and Plaintiff's Complaint will be dismissed.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE