## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| BLONDEL TCHOUPOU KENNE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No.  13-6007 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## O R D E R

AND NOW, this 17th day of September, 2014, upon consideration of the Motion

to Dismiss Complaint by Defendant Southeastern Pennsylvania Transportation Authority

("SEPTA") (Doc. No. 8), the Response by Plaintiff Blondel Tchoupou Kenne entitled "Motion to

Continue the Complaint" (Doc. No. 15), and SEPTA's Reply (Doc. No. 16), it is hereby

ORDERED that the Motion is GRANTED.


BY THE COURT:


 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE